

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00085-CV

Elizabeth **WEYEL**,
Appellant

v.

James **HOPSON**, and American Bank of Texas, NA f/k/a State Bank & Trust of Seguin,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1630-CV
The Honorable William Old, Judge Presiding

## O R D E R

  The Appellant's Motion for Extension of Time to File Rehearing/ En Banc is
GRANTED.

_____
Marialyn Barnard, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court